IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 23-253 |
| | ) |
| MICHAEL RODICH | ) |

## ORDER OF COURT

AND NOW, this 9th day of September, 2024, upon consideration of Defendant's pro se Motion to Dismiss Count Five of Indictment (Docket No. 35), IT IS HEREBY ORDERED that said Motion is DENIED, as such filing was made pro se while Defendant is represented by counsel in this case. *See United States v. Turner*, 677 F.3d 570, 578 (3d Cir. 2012) ("Pro se litigants have no right to 'hybrid representation' because '[a] defendant does not have a constitutional right to choreograph special appearances by counsel.' ") (quoting *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) (no constitutional right to hybrid representation); *see also United States v. D'Amario*, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se, and the District Court was not obligated to consider [the defendant's] pro se motions in light of his being represented by counsel on direct appeal.").

IT IS FURTHER ORDERED that the submission of pro se filings by an individual represented by counsel is not permitted by this Court. As Defendant is represented by counsel, any future filings are to be made solely through counsel of record and filed with the Office of the Clerk of Court for the Western District of Pennsylvania.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record

        Michael Rodich (via U.S. mail)
        #90428-510
        Butler County Prison
        202 S. Washington Street
        Butler, PA  16001